IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK LIENHARD,** | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 21-3230 |
| **CHC SOLUTIONS, INC.,** | |
| *Defendant.* | |

### ORDER

**AND NOW**, this 28th day of June, 2023, upon consideration of Defendant's Motion for Partial Summary Judgment (Doc. Nos. 33-35), Plaintiff's Response (Doc. No. 36), and Plaintiff's Reply (Doc. No. 37), it is hereby **ORDERED** that the Motion is **DENIED**.

A trial scheduling conference shall be set for **Wednesday, July 26, 2023 at 10:00 a.m.** The conference will be conducted via telephone. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**